## Case No. 16,042.

### UNITED STATES v. PICKERING.

[2 Cranch, C. C. 117.] [1]

Circuit Court, District of Columbia. April Term, 1816.

#### SLAVERY.

An indictment will not lie against a person for dealing with a slave without his master's consent, the statute having provided a different mode of prosecution.

This was an indictment for dealing with a slave without the consent of his master, contrary to the act of Virginia of 17th December, 1792, (page 188, § 16).

E. J. Lee, for the United States.
Mr. Taylor, for defendant.

THE COURT (THRUSTON, Circuit Judge, absent) decided, upon the authority of U. S. v. Simms, 1 Cranch [5 U. S.] 252, that an indictment will not lie; the statute having directed the prosecution to be by action on the case by the master for fourfold the value of the article bought or sold, and a penalty of $20 to be recovered by any person who will sue for the same, &c.